UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CASE NO.   06-467 M |
| ) | |
| v. ) | |
| ) | |
| ) | DETENTION ORDER |
| KHANH CONG DANG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Offenses charged:

       Conspiracy to Distribute Marijuana

       Conspiracy to Distribute MDMA

Date of Detention Hearing: September 11, 2006

       The Court, having conducted a contested detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.  The Government was represented by Douglas Whalley.  The defendant was represented by Catherine Chaney.

DETENTION ORDER
PAGE -1-

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1)    There is probable cause to believe the defendant committed the drug offense.  The maximum penalty is in excess of ten years.  There is therefore a rebuttable presumption against the defendant's release based upon both dangerousness and flight risk, under Title 18 U.S.C. § 3142(e).

(2)    Nothing in this record satisfactorily rebuts the presumption against release for several reasons:  Using the factors below, under Title 18 § 3142 (g), the Court considered the following:

    (a)    The strength of the Government's case is based upon wire-tap evidence of the defendant discussing large quantities of ecstasy.

    (b)    Defendant was on U.S. Probation supervision following his 2000 conviction for the same crime as alleged here.  Thus, defendant poses a risk of re-offense and a risk of danger to the community.

(3)    Based upon the foregoing information, it appears that there is no condition or combination of conditions that would reasonably assure future Court appearances and/or the safety of other persons or the community.

**It is therefore ORDERED**:

(l)    The defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)    The defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3)    On order of a court of the United States or on request of an attorney for

DETENTION ORDER
PAGE -2-

1    the Government, the person in charge of the corrections facility in which

2    the defendant is confined shall deliver the defendant to a United States

3    Marshal for the purpose of an appearance in connection with a court

4    proceeding; and

5    (4)    The clerk shall direct copies of this order to counsel for the United

6    States, to counsel for the defendant, to the United States Marshal, and to

7    the United States Pretrial Services Officer.

8    DATED this 12th day of September, 2006.

MONICA J. BENTON
United States Magistrate Judge

DETENTION ORDER
PAGE -3-